UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM NORKUNAS, Individually,
      Plaintiff,

v.

MICHAEL S. McCARTHY, as Co-Trustee of
The Sixth Trust u/d/t dated September 27, 1967, and
THE SIXTH TRUST u/d/t dated September 27, 1967.
      Defendant.

CIVIL ACTION NO.
10-12172-MBB

## FINAL JUDGMENT

### APRIL 6, 2012

**BOWLER, U.S.M.J.**

  In accordance with the Notice of Settlement filed by the parties, it is hereby Ordered and Adjudged that this action be **DISMISSED** with prejudice and without costs.

      /s/ Marianne B. Bowler
      **MARIANNE B. BOWLER**
      United States Magistrate Judge